**FILED: 2/18/15**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Stephen Yagman*, | CASE NO. CV 14-5963-GHK (Ex) |
|         **Plaintiff,** | |
|     v. | **JUDGMENT** |
| *Eric Garcetti, et al.*, | |
|         **Defendants.** | |

Pursuant to the Court's February 18, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 18, 2015

_____
GEORGE H. KING
Chief United States District Judge